# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Tyrone Simmons, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Universal Music Group, et al. <br><br> Defendants. | Civ. Action No. 21-20449 (JMV) <br><br><br><br> **Order for dismissal** <br> **Pursuant to L. Civil Rule 41.1** |

**John Michael Vazquez, U.S.D.J.**

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

It is on this 9th day of May, 2022,

**O R D E R E D** that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

/s/John Michael Vazquez
John Michael Vazquez, U.S.D.J.